Jud. Dept. Certiorari denied. ▮▮▮▮▮

No. 89–432. PICOU v. GILLUM, SHERIFF, PASCO COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–436. KEENE CORP. v. INDEPENDENT SCHOOL DISTRICT NO. 622 ET AL. Ct. App. Minn. Certiorari denied.

No. 89–458. BADGER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–461. CAMOSCIO v. DUKAKIS ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–5069. WILLIAMS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 89–5097. WILLIAMS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 89–5134. HOUSTON v. LACK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–5156. FIELDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–5180. MORGAN v. JACKSON, COMMISSIONER OF CORRECTIONAL FACILITY, WESTCHESTER COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–5207. DAWES ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–5217. JONES v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 89–5218. FORESTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5359. DAVIS v. O'LEARY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–5366. BROFFORD v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.